FILED

MAR 2 2 2018


PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-mj-1079-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL INFORMATION |
| | ) |
| MELISSA LIAN RILEY | ) |

The United States Attorney charges that:

### Count One

On or about February 9, 2017, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, the Defendant, MELISSA LIAN RILEY, did knowingly, willfully, and unlawfully steal and purloin the goods and property of the United States, such property having a value of less than $1,000.00, in violation of Title 18, United States Code, Section 641.

### Count Two

On or about February 9, 2017, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, MELISSA LIAN RILEY, did willfully conceal goods and merchandise of a store without authority, without having purchased the goods, and while still on the premises of the store,

in violation of North Carolina General Statute Section 14-72.1, as assimilated by Title 18, United States Code, Section 13.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
MARK J. GRIFFITH
Special Assistant U.S. Attorney
Criminal Division