UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-mj-1079-RJ

United States of America,
    Plaintiff,

v.                            NOTICE OF HEARING

Melissa Lian Riley,
    Defendant.

**TYPE OF CASE:**

____Civil    __X__ Criminal    ____2255

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

| DATE AND TIME: | TYPE OF PROCEEDING: |
|---|---|
| April 5, 2018 at 8:30 AM | Initial Appearance |
| **LOCATION OF HEARING:** Alton Lennon Federal Building and United States Courthouse<br>2 Princess Street<br>Wilmington, North Carolina 28401<br><br>Second Floor, Courtroom #1 ||

PETER A. MOORE, JR.
Clerk of Court

*Jacquelin Graf*
Deputy Clerk

3/22/2018
Date

TO:
Defendant (via US Mail)
Mark J. Griffith (via CM/ECF Notice of Electronic Filing)