UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-MJ-1079

| UNITED STATES OF AMERICA | NOTICE OF APPEARANCE |
|---|---|
| v. | |
| MELISSA L RILEY | |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that said attorney is representing the above named defendant in this criminal case.

Furthermore, by filing this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

Mark J. Griffith
LSSS SAUSA Section
MARINE CORPS INSTALLATIONS EAST -MCB
PSC Box 20005
Camp Lejeune, NC 28542-0005
910-451-2394
Email: mark.griffith@usmc.mil

by electronically filing the foregoing with the Clerk of Court on April 17, 2018, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 17th day of April, 2018.

G. ALAN DuBOIS
Federal Public Defender

/s/ Deirdre A. Murray
DEIRDRE A. MURRAY
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
409-A Broad Street
New Bern, North Carolina 28560
Telephone: 252-633-2970
Fax: 252-633-6385
E-mail: Deirdre_Murray@fd.org
Connecticut Bar No. 22981
LR 57.1 Counsel Appointed