UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Melissa Lian Riley**                              **Docket No. 7:18-MJ-1079-1**

### Petition for Action on Probation

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Melissa Lian Riley, who, upon an earlier plea of guilty to Shoplifting by Concealment, in violation of NCGS § 14-72.1, assimilated by 18 U.S.C. § 13, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 7, 2018, to 12 months probation under the conditions adopted by the court.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 26, 2018, Ms. Riley submitted to a urinalysis screening, which was confirmed as positive for Buprenorphine (Suboxone) by Alere Laboratories on July 2, 2018. It is noted that Ms. Riley admitted to using Suboxone without a prescription prior to the submission of this screening. Additionally, Ms. Riley and her husband have recently relocated to Concord, North Carolina and a transfer request is pending with the Middle District of North Carolina. During her initial intake with the USPO in that district, Ms. Riley requested assistance obtaining both substance abuse and mental health treatment. She signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                        /s/ Kristyn Super
Robert L. Thornton                              Kristyn Super
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                           200 Williamsburg Pkwy, Unit 2
                                                           Jacksonville, NC 28546-6762
                                                           Phone: 910-346-5104
                                                           Executed On: July 6, 2018

Melissa Lian Riley
Docket No. 7:18-MJ-1079-1
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __6__ day of __July__, 2018, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge